UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 17 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANGEL MENDEZ; JENNIFER LYNN GARCIA, <br><br> Plaintiffs-Appellees/Cross-Appellants, <br><br> v. <br><br> COUNTY OF LOS ANGELES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, <br><br> Defendants, <br><br> and <br><br> CHRISTOPHER CONLEY, Deputy; JENNIFER PEDERSON, <br><br> Defendants-Appellants/Cross-Appellees. | Nos. 13-56686, 13-57072 <br><br> D.C. No. 2:11-cv-04771-MWF-PJW Central District of California, Los Angeles <br><br> ORDER |

Before: GOULD and BERZON, Circuit Judges, and STEEH,[*] District Judge.

The parties' Joint Motion to Refer Matter to Ninth Circuit Mediation Program (Dkt. #117) is GRANTED.

---

[*] The Honorable George Caram Steeh III, United States District Judge for the Eastern District of Michigan, sitting by designation.